**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN DARIO MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-cv-01997-CB-PLD |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| THE DOUBLE TREE BY HILTON, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 6, 2026, the Magistrate Judge issued a Report (Doc. 49) recommending that the case be dismissed for failure to prosecute. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this case is DISMISSED for failure to prosecute. The dismissal is with prejudice, and the R&R (Doc. 49) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 17, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Ryan Dario Mendoza
48614510
FCI Beckley
P.O. Box 350
General & Legal Mail
BEAVER, WV 25813